IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
|    TRANSOUTH HOLDINGS, LLC ) | |
| ) | Case No. 19-MC-8 |
| ) | |
| Debtor. ) | |

### INSTANTER MOTION TO APPROVE SALE OF REAL ESTATE

Comes now the Debtor on Appeal from the Federal Bankruptcy Court in the Southern District of Alabama, Case Number 19-10103-HAC-11, and files this Motion to Approve the Sale of Real Estate located at 424-I Highway 43, North, Saraland, Alabama for the gross sales price of $85,000. There are no unsecured creditors of the Debtor. Debtor had no funds available to retain counsel prior to filing. In order to complete the sale, the title insurance company requires a release from the Bankruptcy Court. Debtor has two properties, the one in question and the property located at 214 Telegraph Road, Prichard, Alabama. The principal balance owed on the property located at 424-I Highway 43, North, Saraland, Alabama, is $38,378.05 with a per diem interest rate of $9.06 and a late fee of $14.38. The sale price of said property is $85,000. The principal balance owed on the property located at 214 Telegraph Road, Prichard, Alabama, is approximately $87,000. Said property is on the market through Roberts Brothers for a sale price of $1,700,000. The reason the Bankruptcy Petition was filed was to protect the property located at 214 Telegraph Road, Prichard, Alabama from wrongful foreclosure. The sale of the property located at 424-I Highway 42, North, Saraland, Alabama, will provide sufficient funds for the Debtor to retain counsel, pay the property tax, and reinstate the mortgage on 214 Telegraph Road, Prichard, Alabama. A prior Motion to Approve Sale was filed with the Court and set for a hearing, but this case was dismissed due to Debtor being unable to afford to retain an attorney before said hearing.

Wherefore, the Premises considered, Debtor respectfully requests that this Honorable Court approve the sale of the property located at 424-I Highway 43, North, Prichard, Alabama, for the gross sale price of $85,000, and for such other, further and different relief to which the Debtor may be entitled, the premises considered.

Respectfully submitted,

_____
TRANSOUTH HOLDINGS, LLC .
Noel C. Moser, Jr.
Member

## CERTIFICATE OF SERVICE

I <u>hereby certify that</u> I have on this __2(rd)__ day of __February__, 2019, served a copy of the foregoing pleading upon the Bankruptcy Administrator for the Bankruptcy Court of the Southern District of Alabama, Southern Division at the following address:

US Bankruptcy Court
Southern District of Alabama
201 St Louis St.
Mobile, AL 36602

_____
TRANSOUTH HOLDINGS, L.L.C.
Noel C. Moser, Jr., Managing Member

TRANSOUTH HOLDINGS, L.L.C.
Noel C. Moser, Jr., Managing Member
214 Telegraph Road
Prichard, AL 36610
(251) 200-1090